

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Barrow Shaver Resources Company, LLC, Kathryn M. Dawson, and Michael Ray Hill, Appellants

No. 06-19-00105-CV     v.

NETX Acquisitions, LLC, and Thomas C. Merritt, Trustee, Appellees

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 19C090). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

     As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

     We further order that the appellants, Barrow Shaver Resources Company, LLC, Kathryn M. Dawson, and Michael Ray Hill, pay all costs of this appeal.

RENDERED JANUARY 29, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk